| | |
|---|---|
| **WO** | SC |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Bank of New York Mellon, | ) | No. CV 11-1433-PHX-GMS (JRI) |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Rae Ribadeneira, et al., | ) | |
| Defendants. | ) | |

Defendant Christopher Stoller has filed a Motion to Disqualify Judge Snow for his personal Bias and Prejudice Against Christopher Stoller, a Disabled Person, Pursuant to 28 U.S.C. §§ 144,455 (Doc. 30). This action was remanded to Maricopa County Superior Court on August 17, 2011. Therefore, this Court has no jurisdiction over this matter.

**IT IS HEREBY ORDERED** denying as moot Defendant Christopher Stoller's Motion to Disqualify (Doc. 30).

DATED this 12th day of September, 2011.

*G. Murray Snow*
United States District Judge